

# United States District Court
# Eastern District of California

| LATESHA TOWNS | Case Number: 2:22-cv-01757-TLN-AC |
|---|---|
| Plaintiff(s) | |

V.

| WEST CREEK FINANCIAL, INC., et al. | APPLICATION FOR PRO HAC VICE AND ORDER |
|---|---|
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, BRIAN L. MOFFET hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: WEST CREEK FINANCIAL, INC., dba KOALAFI

On 12/17/1997 (date), I was admitted to practice and presently in good standing in the Court of Appeals of Maryland (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/13/2022    Signature of Applicant: /s/ Brian L. Moffet

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | BRIAN L. MOFFET |
| Law Firm Name: | MILES & STOCKBRIDGE, PC |
| Address: | 100 Light Street |
| City: | Baltimore   State: MD   Zip: 21202 |
| Phone Number w/Area Code: | (410) 385-3656 |
| City and State of Residence: | |
| Primary E-mail Address: | bmoffet@milesstockbridge.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | MARSHALL C. WALLACE |
| Law Firm Name: | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP |
| Address: | Three Embarcadero Center, 12th Floor |
| City: | San Francisco   State: CA   Zip: 94111 |
| Phone Number w/Area Code: | (415) 837-1515   Bar #: 127103 |

## **ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 17, 2022

_____
JUDGE, U.S. DISTRICT COURT

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Suzanne Johnson, Clerk of the Court of Appeals of Maryland, do hereby certify that on the seventeenth day of December, 1997,

## Brian L. Moffet

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this sixth day of October, 2022.

_Clerk of the Court of Appeals of Maryland_

MARSHALL C. WALLACE (BAR NO. 127103)
MATTHEW E. LEE (BAR NO. 306799)
ALLEN MATKINS LECK GAMBLE
　MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, California 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail: mwallace@allenmatkins.com
　　　　 mlee@allenmatkins.com

BRIAN MOFFET (*pro hac vice application forthcoming*)
MILES & STOCKBRIDGE
100 Light Street
Baltimore, MD 21202
Phone: (410) 385-3656
E-Mail: bmoffet@milesstockbridge.com

Attorneys for Defendant
WEST CREEK FINANCIAL, INC., dba KOALAFI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LATESHA TOWNS, individually and on behalf of all others similarly situated,, <br><br> Plaintiff, <br><br> v. <br><br> WEST CREEK FINANCIAL, INC., dba KOALAFI; MATTRESS AND FURNITURE EXPRESS; and DOES 1-5,, <br><br> Defendant. | Case No. 2:22-cv-01757-TLN-AC <br><br> **CERTIFICATE OF SERVICE** <br><br> Complaint Filed: 08/24/2022 |
|---|---|

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4873-6907-9862.1

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that: I am over the age of eighteen (18) and not a party to the within action. I am employed in the law firm of Allen Matkins Leck Gamble Mallory & Natsis LLP, Three Embarcadero Center, 12th Floor, San Francisco, California 94111-4074.

On October 14, 2022, I used the Eastern District of California's Electronic Case Filing System, with the ECF registered to Janet Martorano to file the following document(s):

- **APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER**

The ECF system is designed to send an e-mail message to all parties in the case, which constitutes service. The parties served by e-mail in this case are found on the Court's Electronic Mail Notice List.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 14, 2022, at San Francisco, California.

*/s/ Janet Martorano*
JANET MARTORANO