RAYMOND Y. KIM (BAR NO. 251210)
RAY KIM, APC
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Phone: 833-729-5529
Facsimile: 833-972-9546
Email: ray@raykimlaw.com

Attorney for Plaintiff
LATESHA TOWNS

CLINT D. ROBISON (SBN 158834)
**O'HAGAN MEYER**
21550 Oxnard Street, Suite 1050
Woodland Hills, CA, 91367
Telephone:    (213) 306-1610
Facsimile:    (213) 306-1615

BRIAN MOFFET (admitted pro hac vice)
**MILES & STOCKBRIDGE, PC**
100 Light Street
Baltimore, MD 21202
Phone: (410) 385-3656
E-Mail: bmoffet@milesstockbridge.com

Attorneys for Defendant,
WEST CREEK FINANCIAL, INC., dba KOALAFI

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATESHA TOWNS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WEST CREEK FINANCIAL, INC., dba KOALAFI; MATTRESS AND FURNITURE EXPRESS; and DOES 1-5,<br><br>Defendants. | Case No. 2:22-cv-01757-DJC-AC<br><br>**STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT BY 7 DAYS**<br><br>Complaint Served:  Sept. 6, 2022<br>Removal Filed:  Oct. 5, 2022<br>Order Denying Motion to<br>  Remand and Motion to<br>  Compel Arbitration: Nov. 13, 2023<br>Current Resp. Date: November 27, 2023<br>New Resp. Date: December 4, 2023 |

**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Plaintiffs Latesha Towns, by and through her attorney of record, hereby stipulate to extend the time for Defendant West Creek Financial, Inc. d/b/a Koalafi ("Koalafi") to answer Plaintiff's Complaint as follows:

1. Plaintiff filed the putative class action complaint for violations of various California consumer laws (the "Complaint") in the California Superior Court, County of Sacramento, on Augiust 24, 2022.

2. Plaintiff served the Complaint on Koalafi on September 6, 2022.

3. Koalafi filed a Notice of Removal on October 5, 2022.

4. Koalafi filed a Motion to Compel Arbitration on October 12, 2022.

5. Plaintiff filed a Motion to Remand on October 26, 2022.

6. This Court denied Plaintiff's Motion for Remand and Koalafi's Motion to Compel Arbitration on November 13, 2023 and ordered Koalafi to file its responsive pleading by November 27, 2023.

7. To accommodate travel plans and commitments during the Thanksgiving holiday week, the parties have agreed, to a 7-day extension of the deadline for Koalafi to answer the Complaint.

///

///

///

///

///

///

///

**STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**

113121\000019\4873-6563-6242.v1

Accordingly, it is hereby agreed to and stipulated by the parties, and respectfully requested that the Court enter this stipulation as an order that: Defendant West Creek Financial, Inc. d/b/a Koalafi shall answer the Complaint on or before December 4, 2023.

Dated: November 22, 2023

| **RAY KIM LAW, APC** | **MILES & STOCKBRIDGE, PC** |
|---|---|
| /s/ *Raymond Y. Kim*<br>RAYMOND Y KIM<br>Attorney for Plaintiff,<br>Latesha Towns | /s/ *Brian L. Moffet*<br>BRIAN MOFFET (admitted pro hac vice)<br>MILES & STOCKBRIDGE, PC<br>100 Light Street<br>Baltimore, MD 21202<br>Phone: (410) 385-3656<br>E-Mail: bmoffet@milesstockbridge.com<br><br>Attorneys for Defendant,<br>West Creek Financial, Inc. d/b/a Koalafi |

**IT IS SO ORDERED.**

Dated:  November 22, 2023            /s/ Daniel J. Calabretta
                                     THE HONORABLE DANIEL J. CALABRETTA
                                     UNITED STATES DISTRICT JUDGE