RAYMOND Y. KIM (BAR NO. 251210)
RAY KIM, APC
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Phone: 833-729-5529
Facsimile: 833-972-9546
Email: ray@raykimlaw.com

Attorney for Plaintiff
LATESHA TOWNS

CLINT D. ROBISON (SBN 158834)
O'HAGAN MEYER
21650 Oxnard Street, Suite 530
Woodland Hills, CA, 91367
Telephone:   (213) 306-1610
Facsimile:   (213) 306-1615
Email: crobison@ohaganmeyer.com

BRIAN MOFFET (admitted pro hac vice)
MILES & STOCKBRIDGE, PC
100 Light Street
Baltimore, MD 21202
Phone: (410) 385-3656
E-Mail: bmoffet@milesstockbridge.com

Attorneys for Defendant,
WEST CREEK FINANCIAL, INC., dba KOALAFI

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATESHA TOWNS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WEST CREEK FINANCIAL, INC., dba KOALAFI; MATTRESS AND FURNITURE EXPRESS; and DOES 1-5,<br><br>Defendants. | Case No. 2:22-cv-01757-DJC-AC<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO STRIKE CLASS ALLEGATIONS FROM PLAINTIFF'S COMPLAINT**<br><br>Motion to Strike Filed: Dec. 4, 2023<br>Current Response Date: Dec. 18, 2023<br>New Response Date: Dec. 29, 2023<br>Reply Date: Jan. 10, 2024<br>Current Hearing Date: Feb. 1, 2024 |

**JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO STRIKE CLASS ALLEGATIONS FROM PLAINTIFF'S COMPLAINT**

Plaintiffs Latesha Towns ("**Plaintiff**") and Defendant West Creek Financial, Inc. d/b/a Koalafi ("**Koalafi**"), by and through their respective attorneys and pursuant to Local Rule 143, hereby stipulate to the following Briefing Schedule for Defendant's Motion to Strike Class Allegations from Plaintiff's Complaint ("Motion to Strike") (ECF No. 30) and state as follows:

1. On December 4, 2023, Koalafi answered Plaintiff's Complaint (ECF No. 31) and filed the Motion to Strike.

2. Pursuant to Local Rule 230, Plaintiff's opposition to the Motion to Strike is due on December 18, 2023.

3. To accommodate travel plans and other commitments during the Christmas and Hannukah seasons, the parties have agreed to the following briefing schedule on Defendant's Motion to Strike:

    a. Plaintiff's Opposition due on December 29, 2023

    b. Koalafi's Reply due on January 10, 2023

4. The hearing on Koalafi's Motion to Strike is currently set for February 1, 2024 at 1:30 pm. (ECF No. 32).

Accordingly, it is hereby agreed to and stipulated by the Parties, and respectfully requested that the Court enter this stipulation as an order that: Plaintiffs Latesha Towns shall file her opposition to Defendant's Motion to Strike on before December 29, 2023, and Defendant West Creek Financial, Inc. d/b/a Koalafi shall filed its reply on or before January 10, 2024.

| | |
|---|---|
| **RAY KIM LAW, APC** | **O'Hagen Meyer** |
| /s/ *Raymond Y. Kim* | /s/ *Clint D. Robison* |
| RAYMOND Y KIM | CLINT D. ROBISON |
| Attorney for Plaintiff, Latesha Towns | BRIAN MOFFET (admitted pro hac vice) Attorneys for Defendant, West Creek Financial, Inc. d/b/a Koalafi |

IT IS SO ORDERED.

Dated:  December 13, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE